IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RANDY REESE,  )
       Petitioner,  )
  )
       v.  )  Civil Action No. 12-1592
  )
  )
MARIROSA LAMAS, Warden of the State  )
Correctional Institution at Rockview, et al.,  )
       Respondents.  )

O R D E R

AND NOW, this 5th day of August, 2013, after the petitioner, Randy Reese, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 31), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by the petitioner (ECF No. 4) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/Terrence F. McVerry  
United States District Judge

cc: Randy Reese  
HC-8854  
P.O. Box A  
Bellefonte, PA 16823